848

No. 993.   Bell et al. *v.* Porter et al.   See *ante,* p. 813.

Nos. 677 and 678.   Senderowitz et al., trading as Royal Manufacturing Co., *v.* Fleming, Temporary Controls Administrator.   April 7, 1947.   Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Julius M. Rapoport* for petitioners. *Acting Solicitor General Washington, John R. Benney, William E. Remy, David London, Samuel Mermin* and *Albert J. Rosenthal* for respondent.

No. 813.   Martini et al., doing business as Lakeside Cut-Rate Liquor Store, *v.* Fleming, Temporary Controls Administrator.   April 7, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Wayne M. Collins* for petitioners.   *Acting Solicitor General Washington, William E. Remy, David London, Samuel Mermin* and *Albert J. Rosenthal* for respondent.

No. 985.   Culligan *v.* United States.   April 7, 1947. Petition for writ of certiorari to the Court of Claims denied.   *Robert C. Handwerk* for petitioner.   *Acting Solicitor General Washington, Assistant Attorney General Sonnett* and *Paul A. Sweeney* for the United States.

No. 1048.   Thomas *v.* Florida.   April 7, 1947.   Petition for writ of certiorari to the Supreme Court of Florida denied.   *Zach H. Douglas* for petitioner.   *J. Tom Watson,* Attorney General of Florida, for respondent.